JOHN D. BRANNING, APPELLANT, *v.* ASAHEL HOLLIS-TER, RESPONDENT.

*Contract for sale of land — rights of vendor and vendee under.*

APPEAL from a judgment in favor of the defendant, entered upon an order nonsuiting the plaintiff.

This action was brought for the conversion of hemlock bark. It appeared upon the trial that the defendant was the owner of the land on which the bark was cut; that it was wild land, and there was no house on it; that the plaintiff lived nine miles off; that the year before the agreement for cutting the bark, the plaintiff had made a contract for the purchase of the land from the defendant; that the plaintiff made a contract with defendant to peel and pile for him the bark on this land, at a certain price; that the defendant cut and peeled this bark, and sold and delivered it to another person. The General Term *held*, that the title to the bark was not in the plaintiff, and affirmed the judgment. (*Cooper* v. *Stower*, 9 Johns., 331; *Van Deusen* v. *Young*, 29 Barb., 9.)

*A. C. Niven*, for appellant. *I. Anderson*, for respondent.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed, with costs.